```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CR-0462 LJO |
| Plaintiff, | |
| v. | STIPULATION RE: IN LIMINE MOTIONS |
| BOUNEPHENG SAVONGSY, et al., | |
| Defendants. | |

Defendants BOUNEPHENG SAVONGSY, RUDDYS A. PIMENTEL, and MARQUIS ALLEN MECA, by and through their attorneys, YAN SHRAYBERMAN, ROBERT LOUIS SHEKETOFF, and JOHN GARLAND, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

  1.  The parties to the above-captioned matter agree to stay the filing of motions in limine currently due on September 9, 2011, to September 13, 2011, in order to allow the parties

1

additional time to attempt to resolve this matter. While the parties have been attempting to resolve this matter, they were unable to effectively proceed without obtaining final approval from the U.S. Attorney's Office until this date, September 9, 2011.

DATED: September 9, 2011                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            By: /s/ Karen A. Escobar
                                              KAREN A. ESCOBAR
                                              Assistant U.S. Attorney

                                            /s/ Yan Shrayberman
                                            YAN SHRAYBERMAN
                                            Attorney for Defendant
                                            BOUNEPHENG SAVONGSY

                                            /s/ Robert Louis Sheketoff
                                            ROBERT LOUIS SHEKETOFF
                                            Attorney for Defendant
                                            RUDDYS A. PIMENTEL

                                            /s/ John Garland
                                            JOHN GARLAND
                                            Attorney for Defendant
                                            MARQUIS ALLEN MECA

                                O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current date for the filing of motions in limine shall be continued to September 13, 2011, and the date for the filing of any responses thereto shall be continued to September 16, 2011.

IT IS SO ORDERED.

**Dated:     September 9, 2011**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

2