LAW OFFICES OF YAN E. SHRAYBERMAN
Yan E. Shrayberman (State Bar #253971)
2131 Kern Street, Suite 131
Fresno, California 91324
Telephone: (559) 779-2315
Facsimile: (213) 352-1010

Attorney for Defendant
BOUNPENG SAVONGSY

LAW OFFICES OF YAN E. SHRAYBERMAN
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352 -1010

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>v.<br>BOUNPENG SAVONGSY.<br>*Defendant.* | Case No. 1:10-cr-00462 LJO<br>MEMORANDUM OF FORMAL OBJECTIONS TO THE PRESENTENCING REPORT<br>DATE: December 5, 2011<br>TIME: 2:30 p.m.<br>JUDGE: Honorable Lawrence J. O'Neil |

Defendant BOUNPENG SAVONGSY formally objects to the presentencing report for the following paragraphs:

1. In paragraph 21, it states that " The defendant has agreed that he manufactured and possessed with the intent to distribute approximately 100 kilograms, or more, of marijuana" I believe that this statement is in error- Mr.Savongsy never admitted that he possessed more then 100 pounds. In fact, although he was originally charged with such, he actually plead guilty to 83 kilos. Ultimately, it was agreed between the Government and Defense that the amount he would be held liable for and readily provable was only 83 kilos. Thus, is is respectfully requested that that paragraph 21 should be changed to reflect the appropriate 83 kilo's that Mr.Savongsy admitted.
2. The same is true for the paragraph 22. Mr. Savongsy was prepared to go to trial over the

LAW OFFICES OF YAN E. SHRAYBERMAN
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352 -1010

184 kilograms that the Government attributed to him because he was adamant that he was not responsible for that amount. In fact, it was only after the Government presented him with the new offer- to plead to 83 kilos, that he took the deal. He remains adamant that he is only responsible for the 83 kilograms. Therefore, the paragraph 22 should be amended appropriately to reflect is responsibility for the 83 kilos.

3. In paragraph 26, it states that "the defendant was grower and "source" of marijuana supply…" In fact, though the extensive review of the discoverable material, never once is there an evidence of Mr. Savongsly growing the marijuana. Mr. Savongsy's involvement in this case is limited to being a person that rented the farm so that others could cultivate the marijuana and also providing a home where the marijuana was cut and dried, all by others. There is simply no evidence that Mr.Savongsy ever grew the marijuana.

Additionally, Defense submits that a mitigating role is warranted because when compared to Mr. Souksavath, an defendant who not only transported the marijuana across the entire county, on more then one occasion, but also was the "connection" between California and the Massachusetts defendants. Mr. Souksavath handled the marijuana, concealed the drug in the car and drove it though the entire county, wore the uniform of active duty military personal in a blatant attempt to deceive the law enforcement officers, connected with Boston defendants in attempt to sell the marijuana, handled large sums of money ( in excess of $900,000, in the last trip alone) – for all that he received a sentence of 23 months. Contrast that with Mr. Savongsy, who provided a place where others grew the marijuana, never participated in half of the actions of Mr. Souksavath- his recommendation is 46 months. I believe that at the very least his recommendation must also be 23 month, commensurate with Mr.Sousavath, solely because when contrasted with Mr.Souksavath's actions, Mr. Savongsy is least culpable

/////

////

////

////

Finally, it is assumed that if and when Mr. Savongsy will receive the “safety valve” adjustment his actual, time will be 37 months. That being said, his involvement in this case, when viewed as a whole, given his relative minor role in this offence and his lack of criminal record and the likelihood that he will be deported, the departure to 23 months is warranted.

Dated: November 23, 2011

/s/ *Yan E. Shrayberman*
YAN E. SHRAYBERMAN
Attorney for Defendant
Bounpeng Savongsy

LAW OFFICES OF YAN E. SHRAYBERMAN
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352 -1010